**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **TORUS VENTURES LLC** | § § | |
| v. | § § § | Case No. 2:24-cv-01030-JRG (Lead Case) |
| **GUARANTY BANK & TRUST, N.A.** | § | |
| | | |
| **FINANCIAL BENEFIT SERVICES, LLC** | § § | Case No. 2:24-cv-00586-JRG (Member Case) |
| **FIRST TEXAS NATIONAL BANK** | § § | Case No. 2:24-cv-00917-JRG (Member Case) |
| **FORT WORTH URBAN AIR, LLC** | § § | Case No. 2:24-cv-00953-JRG (Member Case) |
| **GERMANIA GENERAL AGENCY, INC.** | § § | Case No. 2:24-cv-00987-JRG (Member Case) |
| **GLOBE LIFE INC.** | § § | Case No. 2:24-cv-00988-JRG (Member Case) |
| **GRINGO'S MEXICAN KITCHEN NO. 1 INC.** | § § | Case No. 2:24-cv-00992-JRG (Member Case) |
| **HIGGINBOTHAM INSURANCE GROUP, INC.** | § § | Case No. 2:24-cv-01031-JRG (Member Case) |
| **INCLINE INSURANCE GROUP, LLC** | § § | Case No. 2:24-cv-01033-JRG (Member Case) |
| **INSURANCE AGENTS ALLIANCE OF TEXAS, INC.** | § § | Case No. 2:24-cv-01034-JRG (Member Case) |
| **GULF STATES FINANCIAL SERVICES, INC.** | § § | Case No. 2:24-cv-01035-JRG (Member Case) |
| **ISCENTIAL INC.** | § § | Case No. 2:24-cv-01038-JRG (Member Case) |

| | | |
|---|---|---|
| **KLEBERG BANK, NATIONAL ASSOCIATION** | § § | Case No. 2:24-cv-01039-JRG (Member Case) |
| **LA FAMILIA AGENCY LLC** | § § | Case No. 2:24-cv-01040-JRG (Member Case) |
| **LANDRY'S PAYROLL, INC.** | § § | Case No. 2:24-cv-01041-JRG (Member Case) |
| **LIBERTY BANKERS LIFE INSURANCE COMPANY** | § § | Case No. 2:24-cv-01043-JRG (Member Case) |
| **LONE STAR NATIONAL BANK** | § § | Case No. 2:24-cv-01044-JRG (Member Case) |

## ORDER

The above-captioned cases are hereby **ORDERED** to be **CONSOLIDATED** for all pretrial issues with the LEAD CASE, Case No. 2:24-cv-01030.  All parties are instructed to file any future filings in the LEAD CASE.  Individual cases remain active for trial.

The Clerk is instructed to add the consolidated Defendants into the Lead Case and their corresponding Lead and Local Counsel only. Additional counsel may file a Notice of Appearance in the Lead Case if they wish to continue as counsel of record in the lead consolidated action. Counsel who has appeared *pro hac vice* in any member case may file a Notice of Appearance in the Lead Case without filing an additional application to appear *pro hac vice* in the Lead Case. Counsel who have not appeared in a member case at the point when it is consolidated into the Lead Case should file a Notice of Appearance only in the Lead Case, and such Notice should state the relevant member case.

**So Ordered this**

**Feb 18, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

2