IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **Torus Ventures LLC**, § § § Plaintiff, § v. § § **Guaranty Bank & Trust, N.A.**, § § Defendant. § | | Case No. 2:24-cv-01030-JRG (LEAD CASE) |
| **Torus Ventures LLC**, § § § Plaintiff, § v. § § **La Familia Agency LLC**, § § Defendant. § | | Case No. 2:24-cv-01040-JRG (MEMBER CASE) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Torus Ventures LLC ("Plaintiff") and Defendant La Familia Agency LLC ("Defendant") hereby stipulate to dismiss all claims against Defendant WITH PREJUDICE and all counterclaims against Plaintiff WITHOUT PREJUDICE.

Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: August 5, 2025

Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
7736694590
isaac@rabilaw.com

1

**Counsel for Plaintiff
Torus Ventures LLC**

/s/ *Lance Wyatt*
Lance Wyatt
Texas Bar No. 24093397
Neil J. McNabnay
Texas Bar No. 24002583
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
wyatt@fr.com
mcnabnay@fr.com

**Counsel for Defendant
La Familia Agency LLC**

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on August 5, 2025 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff