**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **TORUS VENTURES LLC**,<br><br>    Plaintiff,<br>  v.<br><br>**GUARANTY BANK & TRUST, N.A.**,,<br><br>    Defendant. | Civ. No. 2:24-CV-1030-JRG<br>(Lead Case) |
| **TORUS VENTURES LLC,**<br><br>    Plaintiff,<br>  v.<br><br>**GERMANIA GENERAL AGENCY,**<br><br>    Defendant. | Civ. No. 2:24-CV-987-JRG<br>(Member Case) |
| **TORUS VENTURES LLC**,<br><br>    Plaintiff,<br>  v.<br><br>**LANDRY'S PAYROLL, INC.,**<br><br>    Defendant. | Civ. No. 2:24-CV-1041-JRG<br>(Member Case) |
| **TORUS VENTURES LLC**,<br><br>    Plaintiff,<br>  v.<br><br>**LIBERTY BANKERS LIFE INSURANCE**,<br>**CO.**,<br><br>    Defendant. | Civ. No2:24-CV-1043-JRG<br>(Member Case) |

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated September 11, 2025 (Dkt. 110), the Parties hereby submit this joint status report regarding the motions scheduled for hearing on Friday, September 26, 2025, at 3:00 p.m. Central Daylight Time. The Parties report the status of each dispute on a dispute-by-dispute basis, as follows.

**Defendants' Joint Rule 12(c) Motion for Judgment on the Pleadings (Dkt. 13, filed February 21, 2025)**

Status - RESOLVED - Motion No Longer Live

Plaintiff Torus Ventures LLC and Defendants Guaranty Bank & Trust, N.A., First Texas National Bank, Globe Life Inc., Insurance Agents Alliance of Texas, Inc., Kleberg Bank, National Association, La Familia Agency LLC have resolved their disputes in their entirety and filed Joint Stipulations of Dismissal, with each side to bear its own fees and costs, which have been granted by the Court.

Plaintiff Torus Ventures LLC and Defendants Germania General Agency, Inc, Landry's, LLC and Liberty Bankers Life Insurance Company have also resolved their disputes. The parties are negotiating the particulars of their resolution and expect to file Joint Stipulations of Dismissal in the near future. As a result, Defendants' Joint Rule 12(c) Motion for Judgment on the Pleadings is no longer live and need not be addressed at the September 26, 2025 hearing.

**Defendants' Joint Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim (Dkt. 49, filed March 31, 2025)**

Status - RESOLVED - Motion No Longer Live

Plaintiff Torus Ventures LLC and Defendants Guaranty Bank & Trust, N.A., First Texas National Bank, Globe Life Inc., Insurance Agents Alliance of Texas, Inc., Kleberg Bank,

National Association, La Familia Agency LLC have resolved their disputes in their entirety and filed Joint Stipulations of Dismissal, with each side to bear its own fees and costs, which have been granted by the Court.

Plaintiff Torus Ventures LLC and Defendants Germania General Agency, Inc, Landry's, LLC and Liberty Bankers Life Insurance Company have also resolved their disputes. The parties are negotiating the particulars of their resolution and expect to file Joint Stipulations of Dismissal in the near future. As a result, Defendants' Joint Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim is no longer live and need not be addressed at the September 26, 2025 hearing.

Accordingly, of the two (2) motions scheduled for hearing on September 26, 2025, both motions have been resolved and are no longer live.

Dated: September 22, 2025

Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff
Torus Ventures LLC**

/s/ Lance Wyatt
Lance Wyatt
Texas Bar No. 24093397
Neil J. McNabnay
Texas Bar No. 24002583
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
wyatt@fr.com
mcnabnay@fr.com

**Counsel for Defendants**
**Germania General Agency, Inc.**
**Landry's, LLC**
**Liberty Bankers Life Insurance Company**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties

who have appeared in this case on September 22, 2025 via the Court's CM/ECF system.


<u>/s/ Isaac Rabicoff</u>
Isaac Rabicoff